**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 10, 2026
Docket #: 26-263
Short Title: Epps v. City of Buffalo

DC Docket #: 1:19-cv-281
DC Court: WDNY (BUFFALO)
DC Judge: Trial Judge - Lawrence
Joseph Vilardo

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8588.